# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

DEBRA TROMBLEY

V.   CASE NUMBER: 1:05-CV-1480(DEP)

COMMISSIONER OF SOCIAL SECURITY


**[ ]**   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[XX]**   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of PLAINTIFF against DEFENDANT, vacating the Commissioner's determination and remanding this case for further proceedings pursuant to sentence four of 42 U.S.C. §405(g) according to the Order of the Hon. David E. Peebles filed on March 12, 2008.


DATED:   March 12, 2008

*Lawrence K. Baerman*
Clerk of Court

LKB:lmp